UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
KIRK A. SWANSON,                                             :   No. 15 Civ. 06938
                                                             :
                Plaintiff,                       :   **NOTICE OF MOTION TO**
                                                             :   **DISMISS THIRD CLAIM**
        -against-                                     :   **FOR RELIEF PURSUANT TO**
                                                             :   **12 (B)(6)**
BATTERY PARK CITY AUTHORITY and                              :
SHARI HYMAN,                                                 :
                                                             :
                                                             :   **(ORAL ARGUMENT**
                Defendants.                      :   **REQUESTED)**
------------------------------------------------------------ X

PLEASE TAKE NOTICE that at the United States Courthouse at 40 Foley Square, New York, New York, 10007, Courtroom 706, Defendant Battery Park City Authority, by its attorneys, Vandenberg & Feliu, LLP, will move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an Order dismissing the Third Claim for Relief set forth in Plaintiff's Amended Complaint ("Amended Complaint"), under the New York False Claims Act ("NYFCA"), New York State Finance Law § 187 et seq., for failure to state a claim upon which relief can be granted, because the Amended Complaint (i) fails to allege the existence of a "false claim" in violation of NYFCA, (ii) fails to allege that Plaintiff was engaged in protected activity under NYFCA, and (iii) fails to allege that Plaintiff's conduct put Defendants on notice of a potential NYFCA claim.

Dated: New York, New York
       November 24, 2015

                                            VANDENBERG & FELIU, LLP

                                            By: /s/ Christopher A. D'Angelo
                                                  Christopher A. D'Angelo, Esq.
                                            Debra Kobrin Levy
                                            60 East 42nd Street, 51st Floor
                                            New York, NY 10165
                                            Tel.: (212) 763-6800
                                            Fax: (212) 763-6810
                                            Email: cdangelo@vanfeliu.com